**Order entered November 5, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00959-CR

**NOEL YOUNG ANDERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81903-2018**

## ORDER

Before the Court is appellant's October 29, 2019 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before December 2, 2019. Appellant is cautioned that further extensions are disfavored and, absent extenuating circumstances, may result in the appeal being abated for a hearing under rule 38.8. *See* TEX. R. APP. P. 38.8(b)(3).

/s/    LANA MYERS
       JUSTICE